# MEXICHEM AMANCO HOLDING S.A. DE C.V., Appellant

v.

# HONEYWELL INTERNATIONAL INC., Cross–Appellant

**2016-1038, 2016-1041**

United States Court of Appeals, Federal Circuit.

October 11, 2016

Joseph A. Kromholz, Ryan, Kromholz & Manion, S.C., Milwaukee, WI, argued for appellant. Also represented by Patrick J. Fleis.

Gregg F. Locascio, Kirkland & Ellis LLP, Washington, DC, argued for cross-appellant. Also represented by William H. Burgess, Noah Samuel Frank; Joseph J. Berghammer, Timothy J. Rechtien, Banner & Witcoff, Ltd., Chicago, IL; Joseph Michael Skerpon, Washington, DC.

(Lourie, Dyk, and O'Malley, Circuit Judges).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**